IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAWRENE LA SPINA #82781-054                                                PETITIONER

VERSUS                                           CIVIL ACTION NO. 5:06cv79DCB-JCS

CONSTANCE REESE, FCI Yazoo, Miss. - Warden/Agent;
HARLEY LAPPIN, Bureau of Prisons Director/Principal              RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice as an abuse of the writ.

SO ORDERED AND ADJUDGED, this the 17th day of July, 2006.


        S/DAVID BRAMLETTE
        UNITED STATES DISTRICT JUDGE